UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARQUISSE DAVON PARKS,

        Petitioner,

Case No. 1:22-cv-823

v.

Honorable Paul L. Maloney

MICHAEL BURGESS,

        Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  October 17, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge